1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GERARD WAHL, ) | No. C 11-1902 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| WARDEN RANDY GROUNDS, ) | |
| ) | |
| Respondent. ) | |

17  On April 20, 2011, Petitioner, proceeding *pro se*, filed the instant petition for habeas
18 corpus, pursuant to 28 U.S.C. § 2254, along with a motion for leave to proceed in forma
19 pauperis.  That same day, the Clerk of the Court mailed a notice to Petitioner that his motion for
20 leave to proceed IFP was deficient.  On May 5, 2011, mail sent to Petitioner by the Court was
21 returned to the Clerk of the Court as undeliverable, with a notation that Petitioner had been
22 paroled.  As of the date of this order, Petitioner has not updated his address with the Court or
23 submitted any further pleadings in this case.
24  Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address
25 changes while an action is pending must promptly file a notice of change of address specifying
26 the new address.  *See* L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint
27 when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not
28

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.LHK\HC.11\Wahl902dis311.wpd

1  deliverable, and (2) the Court fails to receive within sixty days of this return a written
2  communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).
3  　　　More than sixty days have passed since the mail sent to Petitioner by the Court was
4  returned as undeliverable.  The Court has not received a notice from Petitioner of a new address.
5  Accordingly, the instant petition is DISMISSED without prejudice pursuant to Rule 3-11 of the
6  Northern District Local Rules.  The Clerk of the Court shall terminate all pending motions, enter
7  judgment, and close the file.
8  　　　IT IS SO ORDERED.
9  Dated:   7/29/11

　　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge